# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-00028-RJC-DSC

| | |
|---|---|
| ATLANTIC BROADBAND FINANCE, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EQUINOX GLOBAL ) | |
| TELECOMMUNICATIONS, INC. and ) | |
| LADONNA MARTIN, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed its Complaint on January 15, 2015. (Doc. No. 1). Defendants were served on January 26, 2016. (Doc. No. 5). On February 5, 2016, Plaintiff filed a Motion for Preliminary Relief. (Doc. No. 6). Defendants failed to respond to the Motion for Preliminary Relief, and the Court entered an Order granting Plaintiff's Motion on March 29, 2016. (Doc. No. 16). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants had until February 19, 2016, to file an Answer to Plaintiff's Complaint. Defendants have failed to file an Answer or otherwise make an appearance in this case, and the time for doing so has expired.

Plaintiff has not filed a motion for entry of default. See Fed. R. Civ. P. 55(a). It is Plaintiff's burden to move this case forward, and Plaintiff will be required to take appropriate action within twenty-one (21) days.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Motion for Entry of Default within **twenty-one (21) days**. **FAILURE TO FILE SUCH A MOTION WITHIN TWENTY-**

**ONE (21) DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS.**

Signed: July 13, 2016

Robert J. Conrad, Jr.
United States District Judge